# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ruben DelValles-Vincente, | : |
| Petitioner | CIVIL ACTION NO. 3:21-cv-335 |
| v. | (JUDGE MANNION) |
| Tina Walker, Superintendent SCI-Fayette, | : |
| Respondent | : |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** The caption of this matter is **AMENDED** to name Tina Walker, Superintendent SCI-Fayette, as Respondent.

**(2)** Petitioner Ruben DelValles-Vincente's petition for writ of habeas corpus, **(Doc. 1)**, is **DENIED**.

**(3)** No certificate of appealability will issue. See 28 U.S.C. 2253.

**(4)** The Clerk of Court is directed to **CLOSE** the above-captioned matter.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: July 29, 2024**
21-335-01-ORDER